**SO ORDERED.**

**SIGNED this 10th day of March, 2017.**

Janice Miller Karlin
United States Chief Bankruptcy Judge

---

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF KANSAS**

**IN RE:**
KENNETH WAYNE GARRISON

Debtor Case No: 14-40857

**FINAL DECREE**
**-----------------------**
**DISMISSED AFTER CONFIRMATION**

The Petition of Jan Hamilton, Trustee of the above named debtor(s) for Final Decree, discharging him as Trustee and closing the estate having been heard, and due notice of said hearing having been given by mail to all persons entitled thereto, and no adverse interest having been represented at said hearing.

The Court finds the report of the Trustee should be approved.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that the Final Report and Account of the Standing Chapter 13 Trustee be and the same is hereby approved, and he be discharged as Trustee of the above named Debtor, and he and the surety on his bond be and they are hereby released from any and all liability upon such bond on account of the subject proceeding arising hereafter, and this case be, and hereby is, closed.

###

Prepared and Approved By:

s/Jan Hamilton, Chapter 13 Trustee
Jan Hamilton #08163
P.O. Box 3527, Topeka, KS 66601-3527
785-234-1551, 785-234-0537(FAX)
jan.hamilton@topeka13trustee.com

United States Bankruptcy Court
District of Kansas

In re:
Kenneth Wayne Garrison
Debtor

Case No. 14-40857-JMK
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 1083-5 User: tbeth Page 1 of 1 Date Rcvd: Mar 10, 2017
Form ID: pdf020 Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 12, 2017.
db +Kenneth Wayne Garrison, 5325 NW Lana Ct, Topeka, KS 66618-3270

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE. TOTAL: 0

***** BYPASSED RECIPIENTS *****
NONE. TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 12, 2017 Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 10, 2017 at the address(es) listed below:

Jan Hamilton bdms@topeka13trustee.com
Kerry M Gasper on behalf of Debtor Kenneth Wayne Garrison kerry@gasperlawoffice.com, wiechlaw@sbcglobal.net;WiechmanGasperECFMail@gmail.com
Steven R. Wiechman on behalf of Debtor Kenneth Wayne Garrison wiechlaw@sbcglobal.net, kerry@gasperlawoffice.com;WiechmanGasperECFMail@gmail.com
U.S. Trustee ustpregion20.wi.ecf@usdoj.gov

TOTAL: 4